# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Chad Dangerfield, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Pyramid Corporation, )<br>)<br>Defendants. ) | **ORDER RE ADMISSION<br>PRO HAC VICE**<br><br>Case No. 1:17-cv-167 |

Before the court is a motion for attorney Gary A. Reeve to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Reeve has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 2) is **GRANTED**. Attorney Gary A. Reeve is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 16th day of August, 2017.

                                                    */s/ Charles S. Miller, Jr.*
                                                    Charles S. Miller, Jr.
                                                    United States Magistrate Judge