# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Chad Dangerfield, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Pyramid Instrumentation & Electric Corporation, | ) | Case No. 1:17-cv-167 |
| Defendant. | ) | |

On June 11, 2018, the parties filed a "Stipulation for Dismissal." The court **ADOPTS** the parties' stipulation (Doc. No. 21) and **DISMISSES** the above-entitled action with prejudice and without costs or disbursements to any of the parties.

**IT IS SO ORDERED.**

Dated this 12th day of June, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court